JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CECIL HOBSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SANDRA SUE PROVOST, an individual; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 5:22-cv-00406-SPG-SP <br><br> **ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: March 8, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-